# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| TIMOTHY R. TROXELL, | § | |
|     *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION H-12-01835 |
| | § | |
| CITY OF SOUTH HOUSTON, *et al.*, | § | |
|     *Defendants*. | § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S
## MEMORANDUM & RECOMMENDATION AND ORDER OF REMAND

Having reviewed the Magistrate Judge's Memorandum & Recommendation dated July 11, 2013 (Dkt. 23), to which neither party objected, the court is of the opinion that the Memorandum & Recommendation be adopted by this court.

It is **ORDERED** that the Memorandum & Recommendation (Dkt. 23) is hereby **ADOPTED** by the court and defendants' motion to dismiss (Dkt. 14) is **GRANTED IN PART**.  Plaintiff's federal due process claims are **DISMISSED WITH PREJUDICE**.

Further, the court agrees with the Magistrate Judge's recommendation that the court should decline to exercise supplemental jurisdiction over plaintiff's remaining Texas state-law claims.  *See* 28 U.S.C. § 1367(c); *Enochs v. Lampasas Cnty.*, 641 F.3d 155, 161 (5th Cir. 2011) ("Our general rule is to dismiss [supplemental] state claims when the federal claims . . . are dismissed.").  Thus, it is further **ORDERED** that plaintiff's state-law claims are **REMANDED** to the 234th Judicial District Court of Harris County, Texas.

Signed at Houston, Texas on August 1, 2013.

_____
Gray H. Miller
United States District Judge